IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH RAMANDA JONES,

    Plaintiff,

vs.                          CASE NO. 5:11cv78/RS-EMT

RANDY KENT and MARK MALLORY,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 11). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Pursuant to 28 U.S.C. §1915(e)(2)(B)(ii), this case is dismissed without prejudice because of failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on June 22, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**